Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MATTER, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> NCO FINANCIAL SYSTEMS, INC., ) <br> ) <br> Defendant ) <br> ) <br> ) <br> ) | Case No. 08 CV 02395-WBS-JFM <br><br> STIPULATION TO DISMISS |

Plaintiff, ANTHONY MATTER, filed the present action against NCO FINANCIAL SYSTEMS, INC. on or about October 10, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismissal of the entire action with prejudice.

///

///

///

1

Stipulation to Dismiss

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 2/26/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 2/26/09          KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff,
Anthony Matter

IT IS SO ORDERED.

Dated: March 2, 2009.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE